UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-CV-20327

JESUS GONZALEZ, an individual,

    Plaintiff,

vs.

FLANIGAN'S CALUSA CENTER, LLC, a
Florida limited liability company,

    Defendant.
_____/

**<u>DEFENDANT'S REPORT REGARDING REMEDIATION</u>**

COMES NOW, the Defendant, FLANIGAN'S CALUSA CENTER, LLC, by and through its undersigned attorneys, and pursuant to the Court's Notice dated February 1, 2024, files the following report:

1. As stated in Defendant's Answer, while the Defendant is the owner of the real property which is the subject of the Plaintiff's Complaint, the restaurant in which the alleged barriers to access are complained about is owned and operated by a separate entity as tenant. That separate entity, CIC Investor's #70, Ltd. (a Florida limited partnership also represented by the undersigned), joins in this report.

2. The Defendant and CIC Investors #70, Ltd. agree that CIC Investors #70, Ltd. will remediate the deficiencies identified in the Complaint.

3. The Defendant and CIC Investors #70, Ltd. agree to the entry of an injunction to ensure further compliance.

4. The Defendant and CIC Investors #70, Ltd. agree to pay Plaintiff's reasonable attorney's fees and costs, as determined by the Court, unless an amount is agreed to by the parties.

5. The Defendant and CIC Investors #70, Ltd. agree to complete remediation within six (6) months.

WHEREFORE, the Defendant respectfully moves this Honorable Court for the entry of an Order in accordance with this Report.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 20 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, I also certify that the foregoing document is being served this day on counsel of record in this action, Nolan, Klein, Esq., Attorney for Plaintiff, Law Offices of Nolan Klein, P.A., 5550 Glades Road, Suite 500, Ft. Lauderdale, Fl 33301 (klein@nklegal.com), and Joshua M. Entin, Esq., Co-Counsel for Plaintiff, Entin Law Group, P.A., 1213 S.E. 3rd Avenue, Ft. Lauderdale, Fl 33316 (josh@entinlaw.com).

ROBERTS & BASNUEVO, P.A.
Attorneys for Defendant
113 Almeria Avenue
Coral Gables, Fl 33134
Telephone: 305-442-1700
Fax: 305-442-2559
E-mail: roberts@robertspa.com
By: /s/: H. Clay Roberts
    H. CLAY ROBERTS, ESQ.
    Fla. Bar No.: 262307