UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-CV-20327

JESUS GONZALEZ, an individual,

    Plaintiff,

vs.

FLANIGAN'S CALUSA CENTER, LLC, a
Florida limited liability company,

    Defendant.
_____/

## DEFENDANT'S REPORT REGARDING REMEDIATION

COMES NOW, the Defendant, FLANIGAN'S CALUSA CENTER, LLC, by and through its undersigned attorneys, and pursuant to the Court's Paperless Order (D.E. 13) provides the following report on its remediation plan:

1. The Defendant has remediated each of the items listed in paragraph 18 of Plaintiff's Complaint and is available to confer with the Plaintiff regarding the remediations.

Dated this 12th day of April, 2024

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 12, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, I also certify that the foregoing document is being served this day on counsel of record in this action, Nolan, Klein, Esq., Attorney for Plaintiff, Law Offices of Nolan Klein, P.A., 5550 Glades Road, Suite 500, Ft. Lauderdale, Fl 33301 (klein@nklegal.com), and Joshua M. Entin, Esq., Co-Counsel for Plaintiff, Entin Law Group, P.A., 1213 S.E. 3rd Avenue, Ft. Lauderdale, Fl 33316 (josh@entinlaw.com).

    ROBERTS & BASNUEVO, P.A.
    Attorneys for Defendant
    113 Almeria Avenue
    Coral Gables, Fl 33134
    Telephone: 305-442-1700
    Fax: 305-442-2559
    E-mail: roberts@robertspa.com
    By: /s/: H. Clay Roberts
        H. CLAY ROBERTS, ESQ.
        Fla. Bar No.: 262307